UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 19-092 |
| v. | * | SECTION: "I" |
| **DANIEL CABRERA-VERGARA, JR.** a/k/a "Junior" a/k/a "Jr." | * * | |
| **LARANZA THOMAS** a/k/a "Dude" | * | |
| * | * | * |

### O R D E R

Having considered the motion of the Government's Motion and Incorporated Memorandum to Unseal the Record;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the record in the above-captioned matter.

New Orleans, Louisiana, this 13th day of June, 2019

_____
HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE